IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 97-30038 |
| ) | |
| ORLANDON ROBERSON, ) | |
| ) | |
| Defendant. ) | |

## OPINION

RICHARD MILLS, United States District Judge:

Orlandon Roberson moves for resentencing pursuant to Section 404(b) of the First Step Act.

On July 20, 1998, Defendant Orlandon Roberson was sentenced to concurrent terms of 121 months imprisonment, following convictions for conspiracy to distribute cocaine base "crack" and possession with intent to distribute cocaine base "crack." Roberson was released from custody on March 6, 2006, and completed his supervised release term on March 5, 2011. Therefore, Roberson has completed his sentence in this case.

At the time of his motion, Roberson was serving another federal prison term for a crack cocaine offense in *United States v. Roberson*, Case Number 12-cr-30093. He was sentenced in accordance with the Fair Sentencing Act in that case. Roberson

sought relief under the First Step Act in the 2012 case. However, that motion was denied presumably because Roberson had already been sentenced in accordance with the Fair Sentencing Act.

Roberson's 2012 case has no relationship to this case. Because the sentence in this case had expired by the time the 2012 case commenced, Roberson was not sentenced to consecutive terms. Even if Roberson received a retroactive reduction to his completed term in this case, it would not apply to the unrelated 2012 case, rendering his First Step Act motion in this case moot. Because the Court cannot grant any effectual relief to Roberson in the 2012 case, the case is moot. *See Chafin v. Chafin*, 568 U.S. 165, 172 (2012).

Roberson is ineligible for a reduction under section 404 of the First Step Act.

Ergo, Defendant Orlandon Roberson's Motion to Reduce Sentence [d/e 75] is DISMISSED as Moot.

The Clerk will terminate the Defendant's Motion to Amend his Motion to Reduce Sentence [d/e 77].

ENTER: February 16, 2022

    FOR THE COURT:

                        /s/ *Richard Mills*
                        Richard Mills
                        United States District Judge